UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FABIAN VAKSMAN,<br><br>　　　　　Defendant. | NO. CR-09-0059-JLQ<br><br>**ORDER DENYING MOTION TO DISMISS** |

**BEFORE THE COURT** is the Defendant's Motion to Dismiss Indictment for Lack of Elements (Ct. Rec. 49), to which the Government has responded in opposition (Ct. Recs. 54 & 67). The court heard oral argument on the Motion on June 5, 2009. For the reasons stated herein, the Motion to Dismiss is **DENIED**.

　　The Defendant's pretrial motion, interpreted by the court as being made pursuant to Fed. R. Crim. P. 12(b)(2), moves the court to dismiss the Indictment for lack of elements of the underlying crime. The court must presume the truth of the allegations in the charging instruments. *United States v. Caicedo*, 47 F.3d 370, 371 (9th Cir.1995); *United States v. Buckley*, 689 F.2d 893, 897 (9th Cir.1982), *cert. denied*, 460 U.S. 1086 (1983). In addition, "[a] defendant may not properly challenge an indictment, sufficient on its face, on the ground that the allegations are not supported by adequate evidence." *United States v. Mann*, 517 F.2d 259, 267 (5th Cir.1975), *cert. denied*, 423 U.S. 1087 (1976). "A motion to dismiss the indictment cannot be used as a device for a summary trial of the evidence.... The Court should not consider evidence not appearing on the face

ORDER - 1

of the indictment." *United States v. Marra*, 481 F.2d 1196, 1199-1200 (6th Cir.), *cert. denied,* 414 U.S. 1004 (1973).

The Indictment (Ct. Rec. 1) is facially sufficient. Inquiry into the factual *mens rea* of the Defendant at this juncture is premature, and the court will not summarily try the evidence. *See Marra*, 481 F.2d 1199-2000. Taken as true pursuant to *Caicedo*, the allegations in the Indictment properly allege all requisite elements of 18 U.S.C. § 875(c). Accordingly,

**IT IS HEREBY ORDERED**:

The Defendant's Motion to Dismiss Indictment for Lack of Elements (Ct. Rec. 49) is **DENIED**.

The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 16th day of June, 2009.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2