UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) No. CR-09-059-JLQ<br>) |
| vs. | ) ORDER DENYING MOTION TO<br>) STAY |
| FABIAN VAKSMAN, | )<br>) |
| Defendant. | ) |
| _____ | ) |

    Jurisdiction over this matter is now in the United States Court of Appeals for the Ninth Circuit.

    Assuming that this court has jurisdiction over the Defendant's Motion To Stay ( C.R. 259), that Motion is Denied for the reasons previously stated by the court in denying such a Motion,

    The Clerk shall enter this Order and furnish copies to counsel.

    Dated this 25th day of February, 2010.

                        s/ Justin L. Quackenbush
                        JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1