PS 8
(12/04)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 3 0 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

U.S.A. vs.        Fabian Vaksman        Docket No.        2:09CR00059-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Shawn Kennicutt, pretrial services officer, presenting an official report upon the conduct of the defendant, Fabian Vaksman, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 4th day of September 2009, under the following conditions:

**Condition # 10:** Pending trial and disposition of the charges against him except for his travels to and from Houston, Texas, the defendant shall remain in Spokane County unless otherwise authorized by the supervising probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation # 1:** Mr. Vaksman was stopped at the Port of Cascade in Christina Lake, British Columbia, attempting to cross the border into Canada. Mr. Vaksman did not have permission to travel to Canada.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/30/2010

by  s/Anne Sauther

Anne Sauther
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

03-30-2010
Date